Stephen H. Kline #5-1761
Kline Law Office, P.C.
P.O. Box 1938
Cheyenne, WY  82003-1938
(307) 778-7056
(307) 635-8106 (f)

Attorney for Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 28 2009

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| MATTHEW WALLACE, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 09-CV-153 -B |
| ) | |
| INMAN ROOFING, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |

### ENTRY OF APPEARANCE

Stephen H. Kline hereby enters his appearance in the above-captioned matter on behalf of Defendant, Inman Roofing, Inc.

DATED this 28th day of July, 2009.

KLINE LAW OFFICE, P.C.

By_____
Stephen H. Kline
Attorney for Defendant,
Inman Roofing, Inc.

## CERTIFICATE OF MAILING

     I certify that a true and accurate copy of the foregoing instrument was served upon all parties to this action via U.S. mail, postage prepaid, on the ____ day of July, 2009.

Richard Gage, Esq.
Richard Gage, P.C.
2515 Warren Ave., Suite 501
Cheyenne, WY 82001

                                              Stephen H. Kline