IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 1 0 2009

Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| MATTHEW WALLACE,<br>MICHAEL GALLUP,<br>VINCENT FRIEND,<br>SHANE ANDERSON and<br>EDWIN HUSFELT,<br><br>    *Plaintiffs*,<br><br>v.<br><br>INMAN ROOFING, INC.,<br><br>    *Defendant*. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>] CASE NO. 09-CV-153-B<br>]<br>]<br>]<br>]<br>] |

### ORDER GRANTING MOTION
### FOR ADMISSION *PRO HAC VICE* OF RICHARD J. BURCH

The above-entitled matter having come before the Court upon plaintiffs' Motion for Admission *Pro Hac Vice* of Richard J. Burch, and the Court having carefully considered the motion, and being fully advised in the premises, it is

HEREBY ORDERED that plaintiffs' Motioin for Admission *Pro Hac Vice* of Richard J. Burch be, and the same hereby is granted, and the Court shall admit Richard J. Burch of the law firm of Bruckner Burch PLLC., 1415 Louisiana, Suite 2125, Hoston, Texas 77002, telephone (713) 877-8788.

Dated this 10th day of August, 2009.

                                                                    *[signature]*
                                                      UNITED STATES MAGISTRATE JUDGE